UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERONICA VARGAS,

   Plaintiff,

  v.

AT&T UMBRELLA BENEFIT PLAN NO. 1,

   Defendant.

Case No. 18-cv-02508-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 3, 2019.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 10, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: November 14, 2018

_____
Richard Seeborg
United States District Judge